UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HEATHER MCCANN,            Case No. 1:15-cv-440

    Plaintiff,            Judge Timothy S. Black

vs.

WEST CHESTER HOSPITAL, LLC *et al.*,

    Defendants.

### ORDER

This Court has found that continued extrajudicial statements about this case are reasonably likely to prejudice the proceedings and inhibit the right of the parties to a fair and impartial jury, and that this Order is necessary and proper for the purposes of governing, controlling and regulating the conduct of the persons participating in this case.

Therefore, the Court hereby **ORDERS**:

1. All parties to this case, their counsel, employees, agents, and witnesses are hereby prohibited from discussing the case and its merits with the general public through written or electronic media, the internet, including social media, blogs, and similar media formats in any form;

2. All parties to this case, their counsel, employees, agents, and witnesses are forbidden to participate in interviews with the media and from making statements publically or for publicity;

3. All lawyers participating in this case, their office associates, staff members and employees or agents under their control and supervision are forbidden to take part in interviews for publicity and from making any extrajudicial statements about this case, provided, however, that nonpublic extrajudicial communications necessary to represent clients or prepare for trial are permitted;

4. This Order is not intended to preclude any witness from discussing any matter in connection with this case with any attorney representing any party to this case, or any representative of such attorney;

5. This Order is not intended to preclude any party from complying with its responsibilities and obligations under the Securities and Exchange Commission regulations regarding corporate disclosure requirements related to ongoing litigation;

6. This Order shall remain in full force and effect until this case has been disposed of, or until further order of the Court;

7. Violation of this order may be punished as contempt of court; and

8. Counsel for the parties are hereby directed to notify their clients, employees, agents and witnesses of the requirements of this Order.

**IT IS SO ORDERED.**

Date: 9/30/16

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge